No. 418. NICHOLS & COMPANY *v.* UNITED STATES. Court of Claims. Certiorari denied. *Frank J. Delany* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for the United States.

No. 420. GHIOTO ET AL. *v.* HAMPTON ET AL. C. A. 5th Cir. Certiorari denied. *Elmer E. Hazard* for petitioners.

No. 421. GOYA FOODS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Morton Singer* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 423. GLYNN *v.* DUBIN, ALIAS DOCTORMAN, ET AL. Supreme Court of Utah. Certiorari denied. Petitioner *pro se. Arthur H. Nielsen* for respondents.

No. 411. O'CONNELL ET AL. *v.* UNITED STATES; and
No. 412. LAWTON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of these petitions. *C. Keefe Hurley* and *Stanley H. Rudman* for petitioners in No. 411. *James R. DeGiacomo* for petitioner in No. 412. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 124. ATLAS SCRAPER & ENGINEERING Co. *v.* PURSCHE. C. A. 9th Cir. Certiorari denied. *R. Welton Whann* and *Robert M. McManigal* for petitioner. *Lewis E. Lyon* and *John B. Young* for respondent.